IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CASE NO. 2:16-cv-02017-VEH

ROBERT HOSSFELD, individually,
And on behalf of others similarly situated,

    *Plaintiff*,

v.

BBVA Compass Banchares, Inc.
And MSR Group, LLC,

    *Defendants*.

_____
/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, ROBERT HOSSFELD, through counsel, respectfully notifies the Court of the following supplemental authority in support of [ECF No. 32] Plaintiff's Response in Opposition to Motion to Dismiss: *Susinno v. Work Out World, Inc. et al,* Case No. 16-3277 (3th Cir. July 10, 2017) (holding plaintiff has standing because "in asserting 'nuisance and invasion of privacy' resulting from a single prerecorded telephone call, her complaint asserts 'the very harm that Congress sought to prevent,' arising from prototypical conduct proscribed by the TCPA") (citing *Van Patten v. Vertical Fitness Grp., LLC*, 847 F.3d 1037, 1043 (9th Cir. 2017)). A copy is attached hereto as Exhibit A.

Dated: July 11, 2017.

                                        Respectfully submitted,

                                        */s/ Gregory S. Graham*
                                        Gregory S. Graham, Esq.
                                        Gregory S. Graham, P.C.
                                        P.O. Drawer 307
                                        803 3rd Street SW
                                        Childersburg, Alabama 35044

Phone: 256-378-3161
Fax: 256-378-3130
greg@grahamlegalservices.com

Scott D. Owens
Admitted *Pro Hac Vice*
Florida Bar No. 597651
SCOTT D. OWENS, P.A.
3800 S. Ocean Dr., Suite 235
Hollywood, FL 33091
Telephone: (954) 589-0588
Facsimile: (954) 337-0666
scott@scottdowens.com

ALEXANDER H. BURKE, Esq.
Admitted *Pro Hac Vice*
BURKE LAW OFFICE, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
Illinois Bar No. 6281095

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

                By: /s/ *Gregory S. Graham*
                      Gregory S. Graham, Esq.