# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ROBERT HOSSFELD,** *individually and on behalf of all others similarly situated*, | )<br>)<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Case No.: 2:16-CV-2017-VEH<br>) |
| **COMPASS BANK and MSR GROUP, LLC,** | )<br>)<br>) |
| **Defendants.** | ) |

## ORDER SUBSTITUTING DEFENDANT

On October 12, 2017, the Court entered an Order (doc. 46) directing Plaintiff to show cause, no later than October 19, 2017, why Compass Bank should not be substituted for BBVA Compass Bancshares, Inc. as the appropriate name for that Defendant. (*Id.* at 2). Plaintiff responded to this Order on October 18, 2017, and has no objection to this proposed party substitution (doc. 48 at 1 ¶ 1),[1] but requests that "such substitution be without prejudice to re-naming BBVA Compass Bancshares, Inc. if discovery shows that it may have liability in this action." (*Id.* ¶ 2).

Therefore, with Plaintiff's consent, the Court **HEREBY ORDERS** as follows:

---

[1] Doc. 48 is an amended show cause response that replaces Doc. 47.

1. Compass Bank is **HEREBY SUBSTITUTED** for Defendant "BBVA Compass Bancshares, Inc.";

2. Such substitution is **WITHOUT PREJUDICE** to Plaintiff's right to seek leave to rename BBVA Compass Bancshares, Inc. as an additional Defendant consistent with the requirements of FED. R. CIV. P. 15 and/or FED. R. CIV. P. 16;

3. The Clerk of Court is **HEREBY DIRECTED** to make such substitution on the docket sheet;

4. All parties are **HEREBY ORDERED** to use the caption set forth on this Order; and

5. No later than October 31, 2017, Compass Bank is **HEREBY ORDERED** to file a corporate disclosure statement that complies with FED. R. CIV. P. 7.1.[2]

**DONE** and **ORDERED** this the 20th day of October, 2017.

                    **VIRGINIA EMERSON HOPKINS**
                    United States District Judge

---

[2] The corporate disclosure statement filed by BBVA Compass Bancshares, Inc. (doc. 30) does not include any information about Compass Bank.