FILED

2019 Feb-12  AM 09:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **ROBERT HOSSFELD**<br>**individually and on behalf of all others**<br>**similarly situated,** | } }<br>}<br>}<br>} | |
| **Plaintiff,** | } | **Case No.:  2:16-cv-2017-ACA** |
| **v.** | }<br>}<br>} | |
| **COMPASS BANK, et al.,** | } | |
| **Defendants.** | | |

## <u>ORDER</u>

This case is before the court on the Joint Stipulation of Dismissal filed by Plaintiff and Defendant MSR Group, LLC. on July 9, 2019.  (Doc. 58).  It is hereby **ORDERED** that the action against Defendant MSR Group, LLC is **DISMISSED WITHOUT PREJUDICE**.  This Court shall retain jurisdiction to enforce MSR GROUP, LLC'S agreed obligations as outlined in paragraph two (2) of the Stipulation of Dismissal (Doc. 58). Parties shall each bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

This dismissal shall not affect any other right, claim or cause of action which Plaintiff has, or may have, against any remaining Defendant.


**DONE** and **ORDERED** this February 12, 2019.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE